**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Victor Maurice Freytas | Social Security number or ITIN   xxx–xx–4302 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Denise Francis Freytas | Social Security number or ITIN   xxx–xx–0838 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   16–30748–JKS

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Victor Maurice Freytas                    Denise Francis Freytas

12/20/21                    **By the court:** John K. Sherwood
                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 16-30748-JKS

Victor Maurice Freytas                                                    Chapter 13

Denise Francis Freytas

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                       Page 1 of 2

Date Rcvd: Dec 20, 2021                Form ID: 3180W                  Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Victor Maurice Freytas, Denise Francis Freytas, 561 Oregon Avenue, Cliffside Park, NJ 07010-1714 |
| 518308506 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 518308507 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094 Dallas, TX 75261-9094 |
| 516473197 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beaverton, OR 97005 |
| 516577352 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517868284 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516473192 | + | EDI: AFNIRECOVERY.COM | Dec 21 2021 01:38:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 516514110 | | EDI: CAPITALONE.COM | Dec 21 2021 01:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516693461 | + | Email/Text: bankruptcy@cavps.com | Dec 20 2021 20:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516473193 | + | EDI: CITICORP.COM | Dec 21 2021 01:38:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516485447 | | EDI: DISCOVER.COM | Dec 21 2021 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516473194 | + | EDI: DISCOVER.COM | Dec 21 2021 01:38:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 517083804 | + | EDI: HFC.COM | Dec 21 2021 01:38:00 | HSBC, PO Box 2013, Buffalo, NY 14240-2013 |
| 516473195 | | EDI: HFC.COM | Dec 21 2021 01:38:00 | Hsbc Bank, Pob 4604, Buffalo, NY 14240 |
| 516485932 | | Email/Text: bankruptcynotice@nymcu.org | Dec 20 2021 20:37:00 | MUNICIPAL CREDIT UNION, MCU-COLLECTIONS/LOSS PREVENTION DEPT., 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 516487995 | | Email/Text: bankruptcynotice@nymcu.org | Dec 20 2021 20:37:00 | Municipal Credit Union, 22 Cortlandt Street, 24th FL, New York, NY 10007 |
| 516637625 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 20 2021 20:37:00 | PNC BANK N.A., PO BOX 94982, |

|  |  |  | CLEVELAND, OH 44101 |
|---|---|---|---|
| 516473196 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 20 2021 20:37:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 516506080 | + Email/Text: mary@rabperformance.com | Dec 20 2021 20:37:00 | RAB Performance Recoveries, LLC, 700 KINDERKAMACK ROAD, SUITE 211, ORADELL, NJ 07649-1533 |
| 516473198 | + EDI: TFSR.COM | Dec 21 2021 01:38:00 | Toyota Financial Services, PO BOX 4102, Carol Stream, IL 60197-4102 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516508142 | *+ | RAB Performance Recoveries LLC, 700 Kinderkamack Road, Suite 211, Oradell, NJ 07649-1533 |
| 516697908 | *P++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Seterus Inc., P.O. Box 1047, Hartford, CT 06143 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor SETERUS INC.  as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION cmecf@sternlav.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Moses Apsan | on behalf of Joint Debtor Denise Francis Freytas moses@apsanlaw.com  jjuliao@apsanlaw.com |
| Moses Apsan | on behalf of Debtor Victor Maurice Freytas moses@apsanlaw.com  jjuliao@apsanlaw.com |

TOTAL: 7